UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff<br><br>v.<br><br>Festus Onyemaliosia Ebonka,<br><br>　　　　　Defendant | Case No.: 2:22-cr-00156-CDS-NJK-1<br><br>**Order Adopting Magistrate Judge's<br>Report and Recommendation**<br><br>[ECF No. 21, 26] |

　　　Defendant Festus Onyemaliosia Ebonka was charged with thirteen counts of healthcare fraud after the grand jury returned a true bill for indictment. ECF No. 1. Ebonka moves to dismiss that indictment arguing that: 1) evidence establishes the affirmative defense of entrapment by estoppel; and 2) the government cannot prove *mens rea* to support a conviction for fraud beyond a reasonable doubt. Mot. to Dismiss, ECF No. 21. The government opposes his motion. Resp. Br., ECF No. 24.

　　　United States Magistrate Judge Nancy J. Koppe recommends that I deny Ebonka's motion to dismiss the indictment because granting Ebonka's motion would essentially amount to granting Ebonka summary judgment in a criminal case. R&R, ECF No. 26. Judge Koppe finds that to fully evaluate an entrapment-by-estoppel defense, the court would have to consider evidence and facts beyond the face of the indictment. *Id.* at 3. But as the Ninth Circuit directed in *United States v. Lyle*, a court considering a motion to dismiss an indictment is "bound by the four corners of the indictment." *United States v. Lyle*, 742 F.3d 434, 436 (9th Cir. 2014) (quoting *United States v. Boren*, 278 F.3d at 914 (9th Cir. 2002)). Thus, Judge Koppe concludes that dismissal of the indictment is unwarranted in this case.

Under this district's local rules, the deadline for Ebonka to object to the R&R was April 25, 2023. LR IB 3-1(a). As of the date of this order, no objections were filed, and the time for filing an objection has elapsed. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Because I find no error with Judge Koppe's conclusion that the court should adhere to well-established Ninth Circuit case law, and with no objection filed, I adopt the R&R in its entirety.

## Conclusion

IT IS THEREFORE ORDERED that Judge Koppe's report and recommendation **[ECF No. 26] is ADOPTED** in its entirety.

IT IS FURTHER ORDERED that defendant's motion to dismiss the indictment **[ECF No. 21] is DENIED**.

DATED: May 25, 2023

_____
Cristina D. Silva
United States District Judge