# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>FESTUS ONYEMALIOSIA EBONKA,<br><br>　　　　　　Defendant. | Case No. 2:22-cr-00156-CDS-NJK<br><br>ORDER<br><br>(Docket No. 47) |

　　　Pending before the Court is a stipulation to modify terms of release.  Docket No. 47.  The stipulation does not specify the purpose(s) of Defendant's anticipated travels.  The stipulation also does not specify the position of Pretrial Services regarding the request.  No later than noon February 5, 2024, the parties must file a notice of corrected image providing that information.

　　　In addition, the stipulation is hereby **SET** for a hearing at 9:00 a.m. on February 6, 2024, in Courtroom 3C.  Defendant must appear in person for the hearing.

　　　IT IS SO ORDERED.

　　　DATED: February 2, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1