# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>FESTUS ONYEMALIOSIA EBONKA,<br><br>Defendant | Case No. 2:22-cr-00156-CDS-NJK<br><br>**Order Approving Stipulation to Extend Deadline to Respond**<br><br>[ECF No. 87] |

Based on the parties' stipulation, and good cause appearing, it is hereby ORDERED that the deadline to respond to the Motion in Limine at ECF No. 81 is extended to November 15, 2024. The Clerk of Court is instructed to reactivate the motion in limine (ECF No. 81).

Dated: September 16, 2024

_____
HONORABLE CRISTINA D. SILVA
United States District Judge