SUE FAHAMI
Acting United States Attorney
District of Nevada
Nevada Bar No. 5634
RICHARD ANTHONY LOPEZ
JESSICA OLIVA
Assistant United States Attorneys
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
tony.lopez@usdoj.gov
jessica.oliva@usdoj.gov

*Attorneys for the United States of America*

FILED ENTERED RECEIVED SERVED ON
COUNSEL/PARTIES OF RECORD
FEB 04 2025
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: DEPUTY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

FESTUS ONYEMALIOSIA EBONKA,

Defendant.

Case No. 2:22-cr-00156-CDS-NJK

**CRIMINAL INFORMATION**

**VIOLATION:**
Conversion of Government Property – 18 U.S.C. § 641 (Class A Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES THAT:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

<u>COUNT ONE</u>
Conversion of Government Property
(18 U.S.C. § 641)

On or about September 13, 2018, in the State and Federal District of Nevada,

FESTUS ONYEMALIOSIA EBONKA,

defendant herein, willfully and knowingly did convert to his own use money from Medicare, an agency of the United States, to which defendant knew he was not entitled, all in violation of Title 18, United States Code, Section 641.

DATED this 4th day of February, 2025.

SUE FAHAMI
Acting United States Attorney



RICHARD ANTHONY LOPEZ
JESSICA OLIVA
Assistant United States Attorneys