UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:22-cr-00156-CDS-NJK |
| Plaintiff | **Order Granting the Defendant's Unopposed Motion to Temporarily Modify Conditions of Probation** |
| v. | |
| Festus Onyemaliosia Ebonka, | [ECF No. 123] |
| Defendant | |

Defendant Festus O. Ebonka moves to temporarily modify the conditions of his supervised release to travel to Canada to return his mother-in-law's body after her unfortunate passing. *See* Mot., ECF No. 123. Neither the government nor U.S. Probation oppose Ebonka's request. *See* Non-opp'n, ECF No. 124.

As previously stated in prior orders granting Ebonka permission to travel, district courts have significant discretion to "modify, reduce, or enlarge the conditions of a [defendant's] probation." 18 U.S.C. § 3563(c). *See* Order, ECF No. 122. I incorporate and apply the same standard here.

Accordingly, having considered the motion, the applicable § 3553(a) factors, together with the lack of opposition from the government and the U.S. Probation office, I grant Ebonka's motion to temporarily modify the travel restriction condition of his probation to permit him to travel to Canada from March 4, 2026, to March 8, 2026. Ebonka must provide a final copy of his itinerary to his probation officer before leaving to Canada, check in with his probation officer within one day of returning from Canada, and check in as directed by his supervising officer.

No other condition of his probation is modified at this time. Upon his return to Las Vegas, Ebonka will resume supervision on the same, previously entered conditions of probation. *See* J., ECF No. 115 at 3–4.

## Conclusion

IT IS HEREBY ORDERED that Ebonka's motion to temporarily modify conditions of probation [ECF No. 123] is GRANTED as set forth herein.

Dated: February 17, 2026

_____
Cristina D. Silva
United States District Judge